APPEAL No. 74-317. KENNETH L. WEEKS *v.* PERSONNEL BOARD OF REVIEW OF TOWN OF NORTH KINGSTOWN. Motion of plaintiff for a preemptory assignment is granted, and the case is assigned to the March 1976 calendar for hearing on the merits. Doris, J. not participating. *Charles H. Gifford III,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Richard R. DelSesto,* Asst. Town Solicitor, for defendant.

APPEAL No. 75-79. OLIVIA J. MARSHALL *et al. v.* ROSARIO TOMASELLI *et al.* Motion of defendant Rosario Tomaselli to affirm judgment below pursuant to Rule 16(g) is denied. Motion of defendant Cyril J. Bellavance to affirm judgment below pursuant to Rule 16(g) is denied. Doris, J. not participating. *Marvin A. Brill, Matthew J. Faerber,* for plaintiffs. *Joseph F. Cavanagh,* for defendant Rosario Tomaselli. *Hanson, Curran, Bowen & Parks, Kirk Hanson, David P. Whitman,* for defendant Cyril J. Bellavance.

APPEAL No. 75-238. SANDRA A. SHIDELL *v.* CHARLES F. SHIDELL. Motion of plaintiff to dismiss appeal of defendant is granted. Doris, J. not participating. *Orlando A. Andreoni,* for plaintiff. *Frank A. Mazzeo,* for defendant.